No. 94–7286.  PERRYMAN v. PRADO, JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 94–7287.  STEWART v. UNITED STATES; and
No. 94–7404.  DAVIDSON, AKA BROWN v. UNITED STATES. C. A. 2d Cir.  Certiorari denied.

No. 94–7289.  MARTIN v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 94–7291.  CHICHESTER v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 94–7292.  CHIVARS v. BORG, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 94–7293.  RAPHLAH v. TEXAS BOARD OF HIGHER EDUCATION ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–7294.  PARTEE v. HOPKINS, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 94–7295.  MICHENER v. ARA HEALTH SERVICES, INC., ET AL.  Ct. App. Kan.  Certiorari denied.

No. 94–7296.  ADAMS v. MISSOURI.  C. A. 8th Cir.  Certiorari denied.

No. 94–7297.  KISH v. OHIO.  Ct. App. Ohio, Lorain County. Certiorari denied.

No. 94–7301.  CHEN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–7302.  SOUTHERLAND v. SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 94–7304.  WILLCUTT v. BROWN, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.